AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для for the

Southern District of Florida

| | |
|---|---|
| DAVID ROSS <br><br> *Plaintiff(s)* <br> v. <br> ARCHER PUBLICATIONS LIMITED d/b/a. ENTER GALLERY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-20991-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ARCHER PUBLICATIONS LIMITED /b/a.
ENTER GALLERY
13 Bond St, Brighton and Hove,
Brighton BN1 1RD,
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: GS2LAW PLLC
Robert Garson
20803 Biscayne Blvd, 4th Floor
Aventura, Florida 33180, United States of America

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 15, 2024

Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts